Case 1:21-mj-00555-GMH   Document 4

Case: 1:21-mj-00555
Assigned to: Judge Harvey, G. Michael
Assign Date: 8/6/2021
Description: COMPLAINT W/ ARREST WARRANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| **BENJAMIN MARTIN,** | : | 18 U.S.C. § 1752(a)(1) (Entering and |
| | : | Remaining in a Restricted Building or |
| **Defendant.** | : | Grounds); |
| | : | 18 U.S.C. § 1752(a)(2) (Disorderly and |
| | : | Disruptive Conduct in a Restricted Building |
| | : | or Grounds); |
| | : | 40 U.S.C. § 5104(e)(2)(D) (Disorderly |
| | : | Conduct in a Capitol Building); |
| | : | 40 U.S.C. § 5104(e)(2)(G) (Parading, |
| | : | Demonstrating or Picketing in a Capitol |
| | : | Building); |
| | : | 18 U.S.C. § 231(a)(3) (Obstructing Law |
| | : | Enforcement During Civil Disorder); |
| | : | 18 U.S.C. § 1512(c)(2) (Obstructing or |
| | : | Impeding an Official Proceeding) |
| | : | |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.     IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant

application to seal, and this Order are sealed until the arrest warrant is executed.

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:   August 6, 2021

                                                HON. G. MICHAEL HARVEY
                                                UNITED STATES MAGISTRATE JUDGE